**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 12-2364

LAURA TONEY,

                   Plaintiff - Appellant,

        v.

LASALLE BANK NATIONAL ASSOCIATION, As trustee for the
registered holders of Structured Asset Securities
Corporation, Structured Asset Investment Loan Trust,
Mortgage Pass/Through Certificates, Series 2004-11; OCWEN
FEDERAL BANK, also known as AltiSource Homes,

                   Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, Senior
District Judge.  (3:11-cv-01686-MBS)

Submitted:  February 26, 2013      Decided:  February 28, 2013

Before MOTZ, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Laura Toney, Appellant Pro Se.  Robert Ashley Muckenfuss,
MCGUIREWOODS, LLP, Charlotte, North Carolina; Sean Alexander
O'Connor, FINKEL LAW FIRM, LLC, North Charleston, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Laura Toney appeals the district court's order adopting the magistrate judge's recommendation and dismissing her civil action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See <u>Toney v. LaSalle Bank Nat'l Ass'n</u>, No. 3:11-cv-01686-MBS (D.S.C. Sept. 25, 2012). We deny Toney's "Motion to Request Federal Identification," and we dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>